UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLYMPIA McCRARY,

    Plaintiff,

                                                        No. 05-60108
                                                        Hon. John Corbett O'Meara

v.

MICHAEL ALLEN ANDERSON,
et al.,

    Defendants.

_____/

## ORDER DISMISSING STATE LAW CLAIMS

      Plaintiff, acting as personal representative of the estate of Makarra Sanders, filed suit against a number of Warren police officers. Plaintiff's claims are based on alleged violations of federal constitutional rights. Count I also purports to plead a claim under the Michigan Wrongful Death Statute, MCL 600.2922. Diversity jurisdiction does not exist. This court declines to exercise supplemental jurisdiction over any alleged state law claims. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c). Accordingly, pursuant to 18 U.S.C. § 1367(c), Plaintiffs' claim under Michigan state law is **DISMISSED.**

                                              s/John Corbett O'Meara
                                              John Corbett O'Meara
                                              United States District Judge

Dated: June 24, 2005