UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLYMPIA MCCRAY, as personal
representative of the estate of
Makarra Sanders, deceased,

    Plaintiff,                                     Case No. 05-60108

v.

                                                    Hon. John Corbett O'Meara

MICHAEL ALLEN ANDERSON,
Warren Police Officer, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION TO APPROVE DISTRIBUTION
## OF SETTLEMENT PROCEEDS AND SCHEDULING HEARING

Before the court is Plaintiff's motion to approve the distribution of settlement proceeds, filed May 17, 2007. Interested parties, who are three of the minor children of the deceased, objected to the settlement distribution. For the reasons stated on the record, IT IS HEREBY ORDERED that Plaintiff's motion is DENIED WITHOUT PREJUDICE.

The parties to this suit and interested parties are directed to appear before the court on **AUGUST 2, 2007, at 10:15 a.m.** for an evidentiary hearing or, in the event the parties are able to resolve this matter, to seek court approval of a revised settlement distribution. If this matter is resolved by the parties, Plaintiff may file an amended motion to approve the distribution of the settlement proceeds by **July 27, 2007.** Otherwise, the parties and interested parties shall file a

proffer of the evidence they intend to present at the evidentiary hearing by **July 27, 2007.**

SO ORDERED.

s/John Corbett O'Meara
United States District Judge

Dated: June 21, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 21, 2007, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager